01
02
03
04
05
06          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08  UNITED STATES OF AMERICA,        )
                                      )   CASE NO. MJ 15-019
09       Plaintiff,                   )
                                      )
10       v.                           )
                                      )   DETENTION ORDER
11  STEVEN MILES WHITE,               )
                                      )
12       Defendant.                   )
    _____ )
13

14  <u>Offense charged</u>:     Felon in Possession of a Firearm

15  <u>Date of Detention Hearing</u>:    January 26, 2015.

16       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18  that no condition or combination of conditions which defendant can meet will reasonably
19  assure the appearance of defendant as required and the safety of other persons and the
20  community.

21       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22       1.   Defendant is charged by Complaint with being a prohibited person in knowing

DETENTION ORDER
PAGE -1

possessing a semi-automatic pistol.  Defendant has a lengthy criminal record which includes six felonies, including assault, unlawful imprisonment, possession of a controlled substance and robbery.   His record includes multiples failures to appear and violations of supervision.

2. Defendant does not have a history of stable employment or residence, and has mental health issues.

3. Defendant poses a risk of nonappearance due to residence instability, lack of gainful employment, drug use and mental health issues, as well as lack of success in past supervision.  Defendant poses a risk of danger due to criminal record and the nature of the instant charges.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of January, 2015.

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3